PELEG C. BARLOW *v.* JONATHAN C. THRALL, Adm'r of NA-
                  THAN PRATT.

When a person is the owner of two demands, one in favor of himself and
   another, and one in favor of himself and a third person, and presents the
   same to commissioners on an insolvent estate, he is not entitled to an ap-
   peal, if the commissioners do not disallow 20 dollars, on *one* of the de-
   mands, and the sums disallowed on both cannot be added together to
   make that amount.

THIS was a petition for leave to enter an appeal from the judg-
ment of the commissioners, on the estate of Nathan Pratt,
deceased, disallowing two claims presented by the petitioner
against said estate. One of said claims was in the name of
Barlow & Ewing, for $21,58, of which $10,17 was disal-
lowed. The other was in the name of Barlow & Osgood,
for $19,68, the whole of which was disallowed. The peti-
tion stated that, in consequence of the return of the commis-
sioners not having been made till long after the time, in their
commission limited for that purpose, had expired, and the
absence of his counsel at the time such return was,
in fact, made, the petitioner had neglected to enter his
appeal from the said judgment of the commissioners within
the twenty days given by the statute for taking such appeal.
The petitioner made affidavit that he was the owner of said
claims.

*S. Foot,* for petitioner.

*R. R. Thrall,* for petitionee.

The opinion of the court was delivered by

WILLIAMS, Ch. J.—The prayer of the petitioner would be
granted if the case were appealable. It appears, however,
that there has not been to the amount of twenty dollars dis-
allowed on any one claim of the petitioner. He has two dis-
tinct and several claims, one in the name of Barlow & Os-
good, on which the sum of nineteen dollars and sixty eight
cents was disallowed, and one in favor of Barlow & Ewing,
on which ten dollars and seventeen cents was disallowed;
and although he was the owner of both claims, yet they
were several and distinct, and could only have been pre-
sented in the name of the several parties. The petition must,
therefore, be dismissed.